**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John M. HUMMASTI, Defendant–
Appellant.**

**No. 01–35765.
D.C. No. CV–94–01576–HJF.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM**

John M. Hummasti appeals pro se the district court's denial of his petition for writ of coram nobis pursuant to 28 U.S.C. § 1651(a), challenging his conviction for attempted bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

Hummasti may not challenge his sentence pursuant to a petition for a writ of error coram nobis because he is still in federal custody. *See* 28 U.S.C. § 2255; *Matus–Leva v. United States*, 287 F.3d 758, 761 (9th Cir.) (deciding that a writ of coram nobis was unavailable to a petitioner on supervised release, because he was still in "custody" and could seek relief pursuant

---

1. All pending motions are denied.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Hummasti's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

to a § 2255 motion), *cert. denied,* —— U.S. ——, 123 S.Ct. 544, 154 L.Ed.2d 431 (2002).

Further, because Hummasti has already attacked his conviction pursuant to a § 2255 motion, he "may not resort to *coram nobis* merely because he has failed to meet the AEDPA's gatekeeping requirements." *Matus–Leva,* 287 F.3d at 761; *see Garcia v. Bunnell,* 33 F.3d 1193, 1195 (9th Cir.1994) (recognizing that this court "may affirm on any ground supported by the record, even if it differs from the reasoning of the district court.").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.